UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Comcast of Maine</u>

         v.                                          Case No. 06-cv-77-PB

<u>Richard Groves</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

August  4 , 2006                                    /s/ Paul Barbadoro
                                                               Paul Barbadoro
                                                               United States District Judge

cc:     Counsel of Record